**Robert Earl TIPPENS, JR.,
Petitioner–Appellant,**

v.

**Commonwealth of VIRGINIA,
Respondent–Appellee.**

No. 15–6045.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Robert Earl Tippens, Jr., Appellant Pro Se. Rosemary Virginia Bourne, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Earl Tippens, Jr., seeks to appeal the district court's order granting in part and denying in part the Respondent's motion to dismiss his 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Tippens seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*